360 A.2d 656
COMMONWEALTH
v.
TAYLOR, Appellant.

Submitted February 17, 1976.  T. Max Hall, and McNerney, Page, Vanderlin & Hall, for appellant; Allen E. Ertel, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

360 A.2d 637
COMMONWEALTH
v.
TAYLOR, Appellant.

Submitted September 10, 1975. Thomas J. McGrath and George Gershenfeld, for appellant; Mark Sendrow, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.